UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LONNIE SHANNON, )<br>)<br>Petitioner, )<br>v. )<br>)<br>STEVE CARTER, )<br>)<br>Respondent. ) | No. 1:06-cv-292-SEB-VSS |

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 08/29/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Lonnie Shannon
1731 N. Nashville
Chicago, IL   60707

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770